PD-1424-14

February 19, 2015

FILED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk

MR. Abel Acosta

My petition Has Been Struck Petitioner may redraw The petition

Could you please send me a Copy of The Document's Sent to you

Dec 18. 2014 NO. PD-1424-14 The Redrawn petition And Copies must Be Filed in 30 days After The date of This order February 11, 2015 I Recieved

This Information on The 18 of February 2015 8 days Later I Pray

you ARE Able to Send me Copy of PDR File Sent to you. ThAnks

And God Bless sorry For The incovenancé of This Request

Thanks Again

*Maurice E. LaVoie*

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 24 2015

Abel Acosta, Clerk

MAURICE E. LAVOie
01807789
Lynaugh Unit
1098 S. Hwy 2037
Fort Stockton, Tx 79735